UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL ZIMICK,<br><br>                Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>                Defendant. | C21-340 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion to remand, docket no. 6, is GRANTED; and the parties' stipulation, docket no. 7, is APPROVED.  This case is hereby REMANDED to King County Superior Court, effective immediately;

(2)    The parties stipulate that Plaintiff's recovery shall be limited to $74,999, inclusive of all damages, attorneys' fees, and costs; and

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 8th day of April, 2021.

                                            William M. McCool
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1